**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA )<br><br>)     Criminal No. 11-CR-10310-MLW<br>v.               )<br><br>)<br>STEVEN SOTO,         )<br>PEDRO SOTO, and    )<br>CARMEN SOTO       )<br><br>) | |

## GOVERNMENT'S NOTICE OF ANTICIPATED WITNESSES

In accordance with the Court's Order of April 22, 2006 (Docket Entry 136), the United

States submits the following list of witnesses the government intends to call over the next

several days of trial. For ease of understanding, this list is intended to supersede preceding lists.

As with its previous notice, the order in which the government calls witnesses may vary from

what is set forth below.

| Witness | Associated Exhibits |
|---|---|
| Raquel Pieraldi | |
| Rena Andreola | |
| Hector de Jesus, Esq. | 5A |
| Beatrice Jimma Shea | 13, 78A, 78B, 85 |
| Kaifa David | 14 |
| Medelin de la Cruz | |
| Meggan Bailey | 81–83 |
| Luis Riascos | |
| Joseph Nealon, Esq. (delayed until week of June 10, 2013) | 2A, 3A, 6A |
| Teresa Sarno | 18, 19 |
| Officer Frank Morello | 22, 23 |
| Detective Fred Forni | 20, 21 |
| Lt. Lisa Butner | 22 |
| Special Agent Michael Pickett | 23 |
| Amy O'Hanley | |
| Pamela Landess | 84 |

| Keeper of Records<br>Bank of America (if necessary) | 1B, 1C, 2B |
|---|---|
| Christina Agger (if necessary) | L1, L2 |

Respectfully submitted,
CARMEN M. ORTIZ
United States Attorney

By:  */s/ Brian A. Pérez-Daple*
John A. Capin
Brian A. Pérez-Daple
Assistant U.S. Attorneys

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent

electronically to the registered participants identified on the Notice of Electronic Filing.

*/s/ Brian A. Pérez-Daple*
Brian Pérez-Daple
Assistant U.S. Attorney