UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No 11-10310-MLW |
| ) | |
| STEVEN SOTO, ) | |
| ) | |
| Defendant. ) | |

### DEFENDANT STEVEN SOTO'S MOTION TO REVISE
### CERTAIN TERMS OF HIS PRETRIAL RELEASE

Defendant Steven Soto ("Soto"), through counsel Robert L. Peabody and Julia A. Monack of Collora LLP, respectfully moves this Honorable Court to revise certain terms of his pretrial release and during the time period leading up Soto's sentencing in this case currently scheduled for Monday, October 7, 2013.

Specifically, Soto asks the Court to revise the location of his full-time residence from 247 Boston Road, Lynn, MA, the address/ location where he has been residing with his mother and father, Pedro and Carmen Soto for the past several months, to 40 Hamilton Street, Lynn, MA. Soto seeks the Court's approval of this address change so that he can reside with his uncle, Mr. Amaury Pena at the 40 Hamilton Street Address in Lynn, MA.

Soto and counsel have conferred with Soto's pretrial service office, Victor Canino, who has visited Soto at 40 Hamilton Street in Lynn, MA and met with his uncle, Amaury Pena. Counsel understands that Mr. Pena has been found by the Pretrial Services Office to be a suitable host/custodian where Soto can reside these next three months. Likewise, counsel is informed that Mr. Pena's residence is large enough to accommodate Soto and that Mr. Pena is agreeable to have Soto live with him as his guest for the next several months and/or until Soto is sentenced and, if applicable, required to report to a Bureau of Prisons facility to serve his sentence.

*ALLOWED*
*Wolf, D.J.*
*Sept. 3, 2013*

For these reasons, Soto respectfully requests that this Court allow his motion.

Respectfully submitted,

STEVEN SOTO
By his attorneys,

/s/Robert L. Peabody
Robert L. Peabody (BBO #551936)
Julia A. Monack (BBO# 671106)
Collora LLP, 12th floor
600 Atlantic Avenue
Boston, MA 02210
617 371-1361

Dated: July 17, 2013

## CERTIFICATE OF SERVICE

I, Robert L. Peabody, pursuant to Local Rules 5.2 (b) and 5.4 (c), hereby certify that a true copy of the above document was served on Assistant U. S. John Capin by electronic mail on July 17, 2013.

/s/Robert L. Peabody